# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156198(105)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ALPHONSO L. STRAUGHTER, JR.,
     Defendant-Appellee.

SC: 156198
COA: 328956
Wayne CC: 15-000755-FC

_____/

On order of the Chief Justice, the motion of plaintiff-appellant to amend its request for relief is GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018

Clerk